

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
701 North Main Street, Suite 216
Hattiesburg, Mississippi 39401
(601) 255-6370

Michael T. Parker
U.S. Magistrate Judge

October 8, 2024

Clerk of Court
United States District Court
Southern District of Texas
1300 Victoria Street
Laredo, TX 78040

    RE:    USA v Carey Shawn Jones
              SD/TX No.: 5:21CR1244-01
              SD/MS No. 2:24mj42-MTP-1

Dear Sir or Madam:

    Enclosed please find certified copies of the documents filed as a result of the Rule 32.1 proceedings held before Magistrate Judge Mike Parker, including a certified copy of the docket summary.

    If you need additional information, please do not hesitate to contact me.

                              Sincerely,

                              Kim Mitchell
                              Courtroom Deputy Clerk

\kpm
Enclosures